

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA

THE HONORABLE ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE PRESIDING
5th FLOOR COURTROOM

**Counsel must submit motions to continue a scheduled arraignment no later than Wednesday, October 14, 2020.** Motions filed after that deadline will not be considered until counsel appears for the hearing at the scheduled date and time.

No later than 2 days prior to the date set for arraignment, counsel for all parties shall:

Confirm the accuracy of the minimum and maximum penalties in all penalty sheets and plea agreements;

Review any plea agreements related to a criminal information and ensure that the plea agreement does not refer to the charging document as an indictment;

Confer with opposing counsel to confirm agreement on the penalties contained in the penalty sheets and plea agreements or identify areas of disagreement;

File all penalty sheets and plea agreements with the court;

For any case where it is anticipated the defendant will enter a guilty plea without a plea agreement, the United States shall submit a list of the elements for each charge to Documents_USMJ_Numbers@nced.uscourts.gov with a copy to opposing counsel.

Notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.

CRIMINAL SESSION COMMENCING ON
OCOTBER 21, 2020 AT 10:00 AM

**Cecilio-Teodoro,** Jose Luis      5:20-CR-394-1D
    AUSA: Gabriel Diaz     *Spanish Interpreter
    ATTY: James E. Todd Jr.

1

**Speller,** Jimmy Dorsett                                    2:20-CR-2-1D
    AUSA: Nick Miller
    ATTY: Cindy Bembry Johnson

**Powell,** Troy Lamont                                       4:18-CR-73-1D
    AUSA: Laura Howard
    ATTY: Raymond C. Tarlton

**Godette,** Daryl Lee                                        4:19-CR-82-1D
    AUSA: Lucy Partain Brown
    ATTY: Elisa Cyre Salmon

**Midgette,** Serenus Emere                                   4:20-CR-37-1D
    AUSA: Charity L. Wilson
    ATTY: Lauren Harrell Brennan

**Williams,** Javits                                          5:19-CR-290-1D
    AUSA: Thomas Crosby
    ATTY: Rosemary Godwin

**Reams,** Brandon Shane                                      5:19-CR-327-2D
    AUSA: Aakash Singh
    ATTY: Laura Beaver

**Chapman,** Justin Lynn                                      5:19-CR-376-1D
    AUSA: Daniel W. Smith
    ATTY: Christopher Locascio

**Earp,** Deandre                                             5:19-CR-395-2D
    AUSA: Kelly Sandling
    ATTY: Jamie Vavonese

**Estes,** Christopher                                        5:19-CR-395-3D
    AUSA: Kelly Sandling
    ATTY: Mark Perry

**Kornegay,** Anthony J.                                      5:20-CR-84-1D
    AUSA: Bradford Knott
    ATTY: Mitchell G. Styers

## OCOTBER 21, 2020 AT 1:30 PM

**Batchelor,** Garrett Jovante                                5:20-CR-170-1D
    AUSA: Robert Dodson
    ATTY: Richard Croutharmel

**Aguilar-Arevalos,** Francisco  
    AUSA: Daniel W. Smith  
    ATTY: Deirdre A. Marray  
    5:20-CR-193-1D

**Parker,** Teresa Ann  
    AUSA: Scott A. Lemmon  
    ATTY: Kimberly A. Moore  
    5:20-CR-199-1D

**Melton,** Jerry Andre  
    AUSA: Scott A. Lemmon  
    ATTY: Jamie L. Vavonese  
    5:20-CR-234-1D

**Flournoy,** Malaik Saiquan  
    AUSA: Daniel W. Smith  
    ATTY: Sonya M. Allen  
    5:20-CR-315-1D

**Williams,** Bradley  
    AUSA: Daniel W. Smith  
    ATTY: Brett T. Wentz  
    7:20-CR-55-1D

**Bland,** Dev Vontrai  
    AUSA: Scott A. Lemmon  
    ATTY: Bellonora McCallum  
    7:20-CR-82-1D

**Carr,** Omar Jaquan  
    AUSA: F. Murphy Averitt III  
    ATTY: Jonathan W. Trapp  
    7:20-CR-90-1D

**Cameron,** Roderick  
    AUSA: Timothy M. Severo  
    ATTY: Geoffrey W. Hosford/James L. Allard Jr.  
    7:20-CR-105-4D

**Davis,** Jabari Devon  
    AUSA: Daniel W. Smith  
    ATTY: William F. Finn Jr.  
    5:20-CR-433-1D  
    *Plea to Criminal Information