UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA



FILED IN OPEN COURT
ON 3/15/21 STK
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

NO. 5:20-CR-433-1D

VS.

JABARI DEVON DAVIS

ORDER TO SURRENDER

The defendant in the above-entitled action having been sentenced to the custody of the U.S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now **ORDERED**:

The defendant, __JABARI DEVON DAVIS__ , surrender to the U.S. Bureau of Prisons by reporting:

    \_\_\_\_\_ to the U. S. Marshal's Office, Raleigh, N.C. as directed;
    \_\_\_\_\_ to the U. S. Marshal's Office, Raleigh, N.C. by _____ am/pm on_____;
    __X__ to the designated institution;
    __X__ when otherwise notified by the Court or U.S. Marshal's Service to report.
    __X__ not earlier than __June 1, 2021__

As a condition of the defendant's release, the defendant shall continue to report to the Pretrial Services Office or, if under supervision of the U.S. Probation Office, to that office in the manner and at such times as directed.

__3/15/21__
Date

_/s/ J. Dever_
James C. Dever III, US District Judge

**ACKNOWLEDGMENT:**

I acknowledge receipt of a copy of the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

_____
Defendant

**WITNESS BY:**

_____
Defendant's Attorney