UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-00433-D

| UNITED STATES OF AMERICA | ) | |
| :--- | :--- | :--- |
| | ) | CONSENT ORDER FOR |
| v. | ) | RESTITUTION |
| | ) | |
| JABARI DEVON DAVIS | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In the Defendant's plea agreement, he agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259 and 3664, and in accordance with the terms and conditions of the plea agreement, the Defendant, Jabari Devon Davis, and the United States have agreed and stipulated that the Defendant owes:

$1,533.75 in total restitution, the full sum to the Zurich American Insurance Company (victim) made payable to Zurich American Insurance Company (full name and address for payment have been provided to the Court clerk by email.). The Defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that the Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, the

Defendant shall pay $1,533.75 to Zurich American Insurance Company, made payable to Zurich American Insurance Company, in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that the Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of the defendant's criminal judgment in this case.

SO ORDERED, this __13__ day of __May__, 2021.

_/s/ Dever_
JAMES C. DEVER III
United States District Judge

AGREED AND CONSENTED TO BY:

_/s/William Finn_   May 12, 2021
WILLIAM F. FINN, JR.   Date
Counsel for Defendant

G. NORMAN ACKER, III
Acting United States Attorney

_/s/Daniel William Smith_   May 12, 2021
DANIEL WILLIAM SMITH   Date
Assistant United States Attorney