UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jabari Devon Davis**        **Docket No. 5:20-CR-433-1D**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jabari Devon Davis, who, upon an earlier plea of guilty to Maliciously Attempted Damage by Means of Fire to a Vehicle Owned by the City of Raleigh Which Receives Federal Financial Assistance, 18 U.S.C § 844(f), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 15, 2021, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Jabari Devon Davis was released from custody on July 14, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 21, 2023, the defendant submitted a urinalysis drug screen which tested positive for the use of marijuana. The test was confirmed positive by the National Laboratory on November 30, 2023. When confronted with the positive test results, the defendant admitted using marijuana. The defendant previously completed outpatient substance abuse treatment successfully; however, he struggles with marijuana use. In response to the defendant's use, it is recommended that the defendant's conditions of supervised release be modified to include participation in a cognitive behavioral program (MRT). In addition to participating in MRT, the defendant will be referred to First Step services for additional substance abuse treatment and he will remain in the surprise urinalysis program. No further action is recommended at this time.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Quanda L. Lunsford<br>Quanda L. Lunsford<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8801<br>Executed On: December 11, 2023 |

Jabari Devon Davis
Docket No. 5:20-CR-433-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __13__ day of __December__, 2023, and ordered filed and made a part of the records in the above case.

_____/s/ Dever_____
James C. Dever III
U.S. District Judge