UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:20-CR-433-1D

**United States Of America** ) JUDGMENT
)
vs. )
)
**Jabari Devon Davis** )
)

On March 15, 2021, Jabari Devon Davis appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Maliciously Attempted Damage by Means of Fire to a Vehicle Owned by the City of Raleigh Which Receives Federal Financial Assistance, in violation of 18 U.S.C. § 844(f), was sentenced to the custody of the Bureau of Prisons for a term of 30 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 24 months upon release from imprisonment. Jabari Devon Davis was released from custody and the term of supervised release commenced on July 14, 2023.

From evidence presented at the revocation hearing on March 28, 2025, the court finds as a fact that Jabari Devon Davis, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed in a urinalysis program.
2. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of five months with no supervision to follow.

**IT IS RECOMMENDED** that the defendant receive the most intensive substance abuse treatment available and participate in cognitive behavioral therapy during the defendant's period of incarceration.

**IT IS FURTHER RECOMMENDED** that the defendant receive vocational education training during the defendant's period of incarceration.

**IT IS FURTHER RECOMMENDED** that the defendant be incarcerated at FCI- Butner.

**IT IS FURTHER ORDERED** that the United States Probation Office destroy the urine screen defeating device related to this case.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 28th day of March, 2025.

James C. Dever III
U.S. District Judge